

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  WARREN WEBSTER ALSTON,              )  NO. EDCV 08-00208 JFW (SS)
                                         )
12                    Plaintiff,        )  **ORDER ADOPTING FINDINGS,**
                                         )  **CONCLUSIONS, AND RECOMMENDATIONS OF**
13            v.                        )  **UNITED STATES MAGISTRATE JUDGE**
                                         )
14  CALIFORNIA DEPARTMENT OF            )
    REHABILITATION, et al.,             )
15                                       )
                      Defendants.       )
16                                       )
                                         )
17
18
        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint,
19
   all the records and files herein and the Report and Recommendation of
20
   the United States Magistrate Judge.  The time for filing Objections to
21
   the Report and Recommendation has passed and no Objections have been
22
   received.  Accordingly, the Court accepts and adopts the findings,
23
   conclusions and recommendations of the Magistrate Judge.
24
25
        **IT IS ORDERED** that Judgment shall be entered dismissing this action
26
   with prejudice.
27
   //
28
   //

1  **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
2  the Judgment herein on Plaintiff.

4  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

6  DATED:  7/10/08

```
                                    _____
                                    JOHN F. WALTER
                                    UNITED STATES DISTRICT JUDGE
```