

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN WEBSTER ALSTON, | NO. EDCV 08-00208 JFW (SS) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CALIFORNIA DEPARTMENT OF REHABILITATION, et al., | |
| Defendants. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 7/18/8

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE